— LAW OFFICE OF —
**JOSHUA BLACK**
— PLC —

Joshua Black, #032241
Law Office of Joshua Black, PLC
2999 N 44th St, Suite 308
Phoenix, AZ 85018
(623) 738-2225 (p) • (623) 670-5934 (f)
josh@azemploymentlawyer.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Antonio Moreno**, an individual, | No.   4:21-CV-00222-JR |
| Plaintiff, | |
| vs. | **STATUS OF ARBITRATION** |
| **Citicorp Credit Services, Inc.,** a corporation doing business in Arizona, | |
| Defendant. | |

Plaintiff Antonio Moreno, ("Plaintiff" or "Moreno"), through counsel, files this Status of Arbitration notice pursuant to this Court's order on July 5, 2021, to keep the Court informed of the Arbitration proceedings between the parties.

**Status of Matter**

The parties are proceeding through the Arbitration process with the AAA.

The parties are currently conducting depositions of relevant individuals and moving forward with the Arbitration process.

1

RESPECTFULLY SUBMITTED this 27th day of April 2022.

                                                  *Law Office of Joshua Black, PLC*

By:   /s/ *Joshua C. Black*   .
      Joshua C. Black
      2999 N 44th St, Ste 308
      Phoenix, AZ 85018
      *Attorneys for Plaintiff*